IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

December 20, 2024

LAURA A. AUSTIN, CLERK
BY: s/K. Lokey
    DEPUTY CLERK

| | |
|---|---|
| Tammy Yanez, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:24-cv-00025 |
| Christine Walker *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the court's Memorandum Opinion, Defendants Crystal Caruso-Wilson, Sara Henson, and Allison Palmer's motion to dismiss (Dkt. 21) is **DENIED**.

The clerk is directed to forward copies of this Order and accompanying Memorandum Opinion to the parties.

**ENTERED** this 20th day of December, 2024.

/s/ *Jasmine H. Yoon*

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE